UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Umbach Medical Group, PLLC, et al.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Elevance Health Inc., et al,<br><br>    Defendant(s). | 2:23-cv-02159-CDS-MDC<br><br>ORDER GRANTING MOTION |

Pending before the Court is parties' *Joint Motion to Continue the Settlement Conference* ("Motion") (ECF No. 37). Parties seek to continue and attend the settlement conference virtually. For good cause shown, the Motion is GRANTED.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Joint Motion to Continue the Settlement Conference* (ECF No. 37) is GRANTED.

2. The January 10, 2025, settlement conference (ECF No. 36) is VACATED and RESET for April 11, 2025, at 9:00am.

3. The parties' request to attend the settlement conference virtually is GRANTED.

4. The parties shall email Court_MDC@nvd.uscourts.gov at least one week before the conference and provide the email addresses of their respective participants. The Court will thereafter respond to those emails with a link to attend the virtual conference.

5. The Confidential Settlement Briefs are due by 4:00pm, April 4, 2025[1].

---

[1] The Court notes that it is already in possession of plaintiff's confidential brief.

6. The parties must disclose a computation of damages **prior to April 4, 2025**, and must certify in their Confidential Settlement Briefs that such information has been exchanged,[2] and a copy of such damage disclosure must be attached to the defendants' confidential brief.

7. All other aspects of the Court's Order remain in effect.

DATED this 3rd day of January 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

---

[2] Plaintiff may submit an addendum to its January 3, 2024, confidential brief making such certification.