**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Umbach Medical Group, PLLC, et al., <br><br>       Plaintiffs, <br><br> vs. <br><br> Elevance Health Inc., et al., <br><br>       Defendants. | **2:23-cv-02159-CDS-MDC** <br><br> **ORDER GRANTING STIPULATIONS** |

For good cause shown, **IT IS ORDERED** that:

1. The *Stipulation to Modify Production Protocol to allow Sampling in Limited Discovery Ordered by Court* (ECF No. 39) is **GRANTED**.
2. The *Stipulation for Extension of Time* (ECF No. 40) is **GRANTED**.
3. The *Stipulation to Continue the Settlement Conference* (ECF No. 41) is **GRANTED**.
   a. The April 11, 2025, settlement conference (ECF No. 38) is continued to **August 4, 2025, at 9:00am** and will be conducted virtually as previously granted.
   b. The confidential settlement briefs are due by no later than **4:00pm, July 28, 2025**.
   c. The parties shall email Court_MDC@nvd.uscourts.gov at least one week before the conference and provide the email addresses of their respective participants. The Court will thereafter respond to those emails with a link to attend the virtual conference.
   d. The parties must disclose a computation of damages **prior to July 28, 2025**, and must certify in their Confidential Settlement Briefs that such information has been exchanged, and a copy of such damage disclosure must be attached to the defendants' confidential brief.
   e. All other aspects of the Court's Order remain in effect.

DATED this 21st day of February 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge