1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8

UMBACH MEDICAL GROUP, PLLC,
9 UMBACH MEDICAL GROUP PLLC dba
BLOSSOM MEDICAL GROUP, et al
10            Plaintiff(s),

11    vs.

ELEVANCE HEALTH, INC., fka Anthem,
12 Inc., an Indiana corp., et al

13

        Defendant(s).

14

15

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:23-cv-02159-CDS-MDC

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00
[ECF No. 48]

16          J. Angus Edwards          , Petitioner, respectfully represents to the Court:
                (name of petitioner)

17

18      1.    That Petitioner is an attorney at law and a member of the law firm of

                        Parsons Behle & Latimer
19                                (firm name)

20 with offices at          201 S. Main Street, Ste. 1800                    ,
                                    (street address)

21

        Salt Lake City        , Utah                     ,    84111      ,
22          (city)                        (state)                  (zip code)

23      801-532-1234          , aedwards@parsonsbehle.com          .
    (area code + telephone number)        (Email address)

24

25      2.    That Petitioner has been retained personally or as a member of the law firm by

            Plaintiffs                    to provide legal representation in connection with
26          [client(s)]

27 the above-entitled case now pending before this Court.

28

Rev. 5/16

1    3.    That since _____ September 1985 _____, Petitioner has been and presently is a
(date)
2    member in good standing of the bar of the highest Court of the State of Utah _____
(state)
3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7    4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10   standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Utah State Court | September 1985 | 4563 |
| US Dist. Court for the District of Utah | September 1985 | 4563 |
| | | |
| | | |
| | | |
| | | |
| | | |

19
20   5.    That there are or have been no disciplinary proceedings instituted against petitioner,

21   nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

22   or administrative body, or any resignation or termination in order to avoid disciplinary or

23   disbarment proceedings, except as described in detail below:

None

Rev. 5/16

1

2

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

3

4

5

None

6

7.    That Petitioner is a member of good standing in the following Bar Associations.

7

8

Utah State Bar
Colorado State Bar (inactive status)

9

10

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

11

(formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

12

13

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|

14

None

15

16

17

18

19

(If necessary, please attach a statement of additional applications)

20

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

21

State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

22

extent as a member of the State Bar of Nevada.

23

10.    Petitioner agrees to comply with the standards of professional conduct required of

24

the  members of the bar of this court.

25

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to

26

practice in this jurisdiction and that the client has consented to such representation.

27

28

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Utah                    )
                                 )
COUNTY OF _____ Salt Lake _____  )

_____ J. Angus Edwards _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__7th__ day of _August_ , _2025_ .

STEPHANIE S HORE
Notary Public
State of Utah
My Commission Expires 10/07/2026
COMMISSION # 727146

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ John A. Snow _____,
                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____ 50 West Liberty Street, Suite 750 _____,
                                (street address)

_____ Reno _____ , _____ Nevada _____ , _____ 89501 _____ ,
        (city)                (state)              (zip code)

_____ 801-532-1234 _____ , _____ jsnow@parsonsbehle.com _____ .
(area code + telephone number)           (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ John A. Snow _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_Thomas Umbach, MD_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4133                     jsnow@parsonsbehle.com
_____
Bar number              Email address

APPROVED:

Dated: August 20, 2025

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16