UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Umbach Medical Group, PLLC, *et al.*,

    Plaintiffs,

vs.

Elevance Health Inc., *et al.*,

    Defendants.

No. 2:23-cv-02159-CDS-MDC

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY (ECF No. 52)**

The Court has reviewed the *Motion to Withdraw as Attorney* (ECF No. 52) ("Motion"). Defendants request for the withdrawal of their counsel of record in this matter, David Astur, Esq. *ECF No. 52*. Defendants state that Mr. Astur is no longer part of Peterson Baker, PLLC ("Peterson Baker"). *ECF No. 52*. Beatty Peterson, Esq. of Peterson Baker and Thomas C. Hardy, Esq. of Crowell & Moring LLP (admitted *pro hac vice*) will continue as counsel for defendants. *Id.* For good cause shown and because the Motions are unopposed, the Court grants the Motion. The Court also *sua sponte* removes Mr. Astur from the CM/ECF electronic service list in this matter.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Withdraw as Attorney* (ECF No. 52) is **GRANTED**.

2. David Astur, Esq., is to be removed as counsel of record for defendants and removed from CM/ECF service in this matter.

DATED: October 1, 2025

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

# NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.