TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

THOMAS C. HARDY, ESQ. (admitted *pro hac vice*)
thardy@crowell.com
Crowell & Moring LLP
455 N Cityfront Plaza Drive Suite 3600
Chicago, IL 60606
Telephone: 312-321-4200

*Attorneys for Defendants Elevance Health, Inc., Rocky
Mountain Hospital and Medical Service, Inc. dba
Anthem Blue Cross and Blue Shield*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UMBACH MEDICAL GROUP PLLC dba BLOSSOM MEDICAL GROUP, THOMAS UMBACH MD PC dba BLOSSOM, UMBACH MEDICAL ASSOCIATES PLLC, UMBACH GROUP PRACTICE PLLC, UMBACH AND ASSOCIATES PLLC, WARM SPRINGS SURGICAL CENTER, LLC and UMBACH SURGICAL GROUP PLLC dba WARM SPRINGS ANESTHESIA, | Case No: 2:23-CV-02159-CDS-MDC |
| Plaintiffs, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** (Fourth Request) |
| vs. | |
| ELEVANCE HEALTH, INC., fka Anthem, Inc., an Indiana corporation, ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., a Colorado corporation, dba ANTHEM BLUE CROSS BLUE SHIELD OF COLORADO and dba ANTHEM BLUE CROSS BLUE SHIELD OF NEVADA, and JOHN DOES 1 to 10, | |
| Defendants. | |

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

– 1 –

Defendants Elevance Health, Inc., and Rocky Mountain Hospital and Medical Service, Inc. dba Anthem Blue Cross and Blue Shield ("Defendants"), by and through their counsel of record, the law firms of Peterson Baker, PLLC, and Crowell & Moring LLP; and Plaintiffs Umbach Medical Group PLLC dba Blossom Medical Group, Thomas Umbach MD PC dba Blossom, Umbach Medical Associates PLLC, Umbach Group Practice PLLC, Umbach and Associates PLLC, Warm Springs Surgical Center LLC and Umbach Surgical Group PLLC dba Warm Springs Anesthesia ("Plaintiffs") (collectively, the "Parties"), by and through their counsel of record, the law firm of Parsons Behle & Latimer, hereby stipulate and agree, subject to the Court's approval, to continue the Settlement Conference scheduled in this matter to a time where both parties are available and at a time convenient to the Court. This Stipulation is submitted and based upon the following:

**A.    STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**

1.    On October 7, 2024, the Court issued its Order Setting a Settlement Conference / Early Neutral Evaluation for January 9, 2025. [ECF No. 21].

2.    On December 31, 2024, the Court issued a Minute Order [ECF No. 36] resetting the settlement conference to January 10, 2025, due to the national day of mourning for the passing of President Jimmy Carter.

3.    On January 3, 2025, Defendants and Plaintiffs filed their Joint Motion to Continue Settlement Conference. [ECF No. 37].

4.    On January 3, 2025, the court issued an Order [ECF No. 38] granting the joint motion to continue the settlement conference until April 11, 2025.

5.    On February 18, 2025, Defendants and Plaintiffs filed their Stipulation to Continue the Settlement Conference (Second Request) [ECF No. 41].

6.    On February 21, 2025, the court issued an Order [ECF No. 42] granting the stipulation to continue the settlement conference to August 4, 2025.

7.    On May 6, 2025, Defendants and Plaintiffs filed their Stipulation to Continue the Settlement Conference (Third Request) [ECF Nos. 45].

8.    On May 8, 2025, the court issued a Minute Order [ECF No. 46] granting the stipulation to continue the settlement conference to October 7, 2025.

– 2 –

9.    On August 1, 2025, the court issued a Minute Order [ECF No. 47] resetting the settlement conference to October 10, 2025 due to a conflict on the court's calendar.

10.    On September 25, 2025, the court issued a Minute Order [ECF No. 53] resetting the settlement conference to October 24, 2025.

11.    On October 21, 2025, the court issued a Minute Order [ECF No. 56] requesting the parties to file a stipulation by October 24, 2025 with a host of proposed new dates between February 2026 and April 2026 for the settlement conference.

12.    Pursuant to the court's Minute Order [ECF No. 56], the Parties propose the following dates as available for both Parties for a virtual settlement conference, as previously granted [ECF No. 38]:

  a.  February 2, 2026 to February 6, 2026, February 10, 2026, and February 25, 2026 to 27, 2026;

  b.  March 10, 2026; and

  c.  April 7, 2026; and April 22, 2026 to April 24, 2026.

13.    This is the fourth request to continue the Settlement Conference. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

14.    Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

**IT IS SO STIPULATED**

DATED:  October 24, 2025.

PETERSON BAKER, PLLC

PARSONS BEHLE & LATIMER

*/s/ Tamara Beatty Peterson*
TAMARA BEATTY PETERSON, ESQ.
Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

THOMAS C. HARDY, ESQ.
(admitted *pro hac vice*)
thardy@crowell.com
Crowell & Moring LLP
455 N Cityfront Plaza Drive Suite 3600
Chicago, IL 60606
Telephone: 312-321-4200

*/s/ John A. Snow*
John A. Snow, NV Bar No. 4133
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Phone: 801-532-1234
Fax: 801-536-6111
JSnow@parsonsbehle.com

*Attorney for Plaintiffs*

*Attorneys for Defendants Elevance Health, Inc.,*
*Rocky Mountain Hospital and Medical Service,*
*Inc. dba Anthem Blue Cross and Blue Shield*

**ORDER**

The parties' Stipulation at ECF No. 59 is **GRANTED**. The Settlement Conference is continued to **February 3, 2026, at 9:00am**, and will be conducted virtually as previously granted. The parties shall email Court_MDC@nvd.uscourts.gov at least one week before the conference and provide email addresses of their respective participants. Parties are not required to resubmit their confidential settlement briefs or computation of damages. All other aspects of the Courts 10/07/24 (ECF No. 21) order remain in effect.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: October 29, 2025

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001