TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

THOMAS C. HARDY, ESQ. (admitted *pro hac vice*)
VANESSA PERUMAL, ESQ. (admitted *pro hac vice*)
thardy@crowell.com
vperumal@crowell.com
Crowell & Moring LLP
300 N. LaSalle Dr., #2500
Chicago, Illinois 60654
Telephone: 312.321.4200

*Attorneys for Defendants Elevance Health, Inc., Rocky
Mountain Hospital and Medical Service, Inc. dba
Anthem Blue Cross and Blue Shield*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UMBACH MEDICAL GROUP PLLC dba BLOSSOM MEDICAL GROUP, THOMAS UMBACH MD PC dba BLOSSOM, UMBACH MEDICAL ASSOCIATES PLLC, UMBACH GROUP PRACTICE PLLC, UMBACH AND ASSOCIATES PLLC, WARM SPRINGS SURGICAL CENTER, LLC and UMBACH SURGICAL GROUP PLLC dba WARM SPRINGS ANESTHESIA, | Case No: 2:23-CV-02159-CDS-BNW |
| Plaintiffs, | **STIPULATION ON DEADLINE FOR DEFENDANTS TO ANSWER AMENDED COMPLAINT** |
| vs. | **(Second Request as to Answer)** |
| ELEVANCE HEALTH, INC., fka Anthem, Inc., an Indiana corporation, ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., a Colorado corporation, dba ANTHEM BLUE CROSS BLUE SHIELD OF COLORADO and dba ANTHEM BLUE CROSS BLUE SHIELD OF NEVADA, and JOHN DOES 1 to 10, | |
| Defendants. | |

– 1 –

**STIPULATION ON DEADLINE FOR DEFENDANTS TO
ANSWER AMENDED COMPLAINT**

Pursuant to the Order issued by the Court on September 30, 2024 [ECF No. 20], Plaintiffs Umbach Medical Group PLLC dba Blossom Medical Group, Thomas Umbach MD PC dba Blossom, Umbach Medical Associates PLLC, Umbach Group Practice PLLC, Umbach and Associates PLLC, Warm Springs Surgical Cetner LLC, and Umbach Surgical Group PLLC dba Warm Springs Anesthesia ("Plaintiffs"), by and through their counsel of record, the law firm of Parsons Behle & Latimer, and Defendants Elevance Health, Inc. and Rocky Mountain Hospital and Medical Service, Inc. dba Anthem Blue Cross and Blue Shield ("Defendants"), by and through its counsel of record, the law firm of Peterson Baker, PLLC, hereby stipulate as follows:

1. On September 30, 2024, this Court entered an Order Denying Defendants' Motion to Dismiss [ECF No. 20]. Among other things, the Order stayed this case pending the completion of the ordered discovery period and settlement conference. *Id.*

2. By Order [ECF No. 60] the Court set a Settlement Conference on February 3, 2026.

3. The parties did not settle their dispute at the Settlement Conference [ECF No. 61].

4. By Minute Order [ECF No. 24], the Court granted the parties' Stipulation [ECF No. 22] extending the Answer due date to fourteen (14) days after the Settlement Conference.

5. Defendants did not file their answer on the date set forth in Minute Order [ECF No. 24] because the parties were discussing the potential renewal of Defendants' motion to dismiss on grounds not previously ruled on, as well as a proposed discovery plan and scheduling order that would settle the pleadings.

6. Counsel for the Parties have met and conferred and agree to stipulate that Defendants' answer is due on or before June 8, 2026.

7. Counsel for Parties have met and conferred and agree to stipulate that, per the Court's Order [ECF No. 20], the parties agree not to pursue a further ruling on Count Two of the First Amended Complaint [ECF No. 13].

8. The Parties agree that the delay in seeking an extension of the deadline to answer the First Amended Complaint was not in bad faith, and for the foregoing reasons, excusable neglect exists

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

for this extension.

9.     This is the second stipulation regarding the due date for the Answer to the Amended Complaint.

10.     Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

**IT IS SO STIPULATED**

DATED:  May 27, 2026.

PETERSON BAKER, PLLC                                PARSONS BEHLE & LATIMER


*/s/  Tamara Beatty Peterson*                              */s/  John A. Snow*
TAMARA BEATTY PETERSON, ESQ.          John A. Snow, NV Bar No. 4133
Bar No. 5218                                               201 South Main Street, Suite 1800
tpeterson@petersonbaker.com                     Salt Lake City, Utah 84111
PETERSON BAKER, PLLC                           Telephone: 801.532.1234
701 S. 7th Street                                           Facsimile: 801.536.6111
Las Vegas, NV 89101                                  50 West Liberty Street, Suite 750
                                                                  Reno, Nevada 89501
THOMAS C. HARDY, ESQ.                         Phone: 801-532-1234
VANESSA A. PERUMAL, ESQ                    Fax: 801-536-6111
(admitted *pro hac vice*)                              JSnow@parsonsbehle.com
thardy@crowell.com
vperumal@crowell.com                               *Attorney for Plaintiffs*
Crowell & Moring LLP
455 N Cityfront Plaza Drive Suite 3600
Chicago, IL 60606

*Attorneys for Defendants Elevance Health, Inc.,
Rocky Mountain Hospital and Medical Service,
Inc. dba Anthem Blue Cross and Blue Shield*

**ORDER**

IT IS SO ORDERED this 28th day of May        , 2026.

_____
UNITED STATES MAGISTRATE JUDGE

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001